PROB 12C
(4/17)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Hakim Hammond        **Docket Number:** 11-00762-001
       **PACTS Number:** 58203

**Name of Sentencing Judicial Officer:**    THE HONORABLE NOEL L. HILLMAN
                                    UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 02/10/2012

**Original Offense:** Possession of a Firearm by a Convicted Felon

**Original Sentence:** Imprisonment – 96 months, Supervised Release – 3 years

**Special Conditions:** Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Forfeiture of any interest in a Taurus PT-111 Millennium Pro 9mm semi-automatic handgun, serial number TWA22979 loaded with 11 rounds of 9mm ammunition, and a Sig Sauer Model P220ST, .45 caliber semi-automatic handgun, serial number G330914, loaded with 8 live rounds of ammunition.

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** 09/29/2017

**Assistant U.S. Attorney:** Patrick Askin, 401 Market St., 4th Floor, Camden, New Jersey 08101, (856) 757-5026

**Defense Attorney:** To Be Determined, Federal Defenders Office, 800 Cooper Street, Suite 350, Camden, New Jersey 08102, (856) 757-5341

---

## PETITIONING THE COURT

☐ To issue a warrant
☑ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'** |
| | On October 23, 2017, the offender was arrested by the Glassboro, New Jersey Police Department and charged with possession of a single round of hollow point ammunition, a violation of New Jersey Statute 2C:39-3F(1), a crime of the 4th Degree in the State of New Jersey. The round of ammunition was found in the center console of a vehicle operated by the offender at 1:58am. The passenger of the vehicle was an 18-year-old female. The two were observed leaving the parking lot of the Motel 6 in Glassboro, and traveling southbound on Delsea Drive in a suspicious manner. The female was also charged with possessing the round of ammunition, since neither party acknowledged responsibility. The female was |

additionally charged with having possession of marijuana in her purse. Hammond was also issued a summons for driving with a suspended drivers license, expired registration, and improper maintenance of head lamps. The offender was lodged in the Gloucester County Jail; however, he released the following day. The case has been referred to the Gloucester County Prosecutor's Office and is pending grand jury proceedings.

2  The offender has violated the standard supervision condition which states 'You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.'

On October 30, 2017, the offender disclosed the arrest noted above to the undersigned officer. Following his account of having been arrested in the early morning hours of October 23, 2017, the undersigned officer proceeded to the Glassboro Police Department and personally interviewed the arresting officer. According to the officer, Hammond was operating a motor vehicle owned by the mother of N.C.. While the officer engaged in discussion with the offender, N.C.'s driver's license fell from the driver's side visor.

N.C. has at least one felony conviction for CDS distribution in the Superior Court of New Jersey, and as such, is a convicted felon. The following date Hammond was questioned with this additional information; he acknowledged that he had been in the company of N.C., specifically in one of the hotel rooms at the Motel 6. The offender stated that while he knew that N.C. was a convicted felon, he thought that since he was not actively under criminal justice supervision, that it was okay to associate with him.

I declare under penalty of perjury that the foregoing is true and correct.

*Carolyn S. Johnson*
By: Carolyn S. Johnson
SAO U.S. Probation Officer
Date: 11/06/2017

---

THE COURT ORDERS:

☐ The Issuance of a Warrant
☒ The Issuance of a Summons. Date of Hearing: Nov. 15, 2017 at 1:30 p.m., Courtroom 3A.
☐ No Action
☐ Other

_____
Signature of Judicial Officer

Nov. 7, 2017
_____
Date